UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) ) ) | CASE NO.1:03CR0050-006 |
| -vs- | ) ) ) | |
| JASON M. DOTSON, | ) ) | ORDER |
| Defendants. | ) | |

On May 17, 2007, the defendant appeared before this Court for a hearing on Defendant's Motion for Reconsideration of the Detention Order and Request for Release on Bond (ECF Doc. No. 178).

The Government opposed Defendant's motion (ECF Doc. No. 179).

Counsel conferred and jointly motioned the Court to have defendant's Supervised Release hearing continued pending the resolution of defendant's state case and that a bond with conditions ordered.

The Court granted the joint motion and orders bond with the following conditions:

- The defendant is released on his own recognizance;
- The defendant shall report to Michael Gray, Probation Officer, upon release;
- The defendant shall be on Home Confinement with Electronic Monitoring;
- The defendant shall not pay the cost of Home Confinement with

- Electronic Monitoring;
- The defendant shall secure employment within 21 days from his release;
- The defendant shall pay towards restitution a minimum of $25.00 per month;
- The defendant shall pursue his G.E.D;
- The defendant shall be allowed to meet with his state defense attorney and attend state proceedings; and,
- The defendant is subject to all other restrictions and conditions of release as specified by the Probation Officer.

IT IS SO ORDERED.

*Christopher A. Boyko*
Christopher A. Boyko
United States District Judge

May 17, 2007

**FILED**
MAY 18 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND