**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:03CR050-006 |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON M. DOTSON, | ) | |
| | ) | |
| Defendant(s). | ) | ORDER |
| | ) | |

The defendant appeared before this Court for hearing on "Defendant's "Motion for Reconsideration of the Detention Order and Request for Release on Bond" (ECF Doc. No. 178).

The Defendant admitted to all violations, requested an extension of supervised release, and an order revisiting the issue of payment towards restitution.

The Government indicated: (1) that it is satisfied the Defendant has employment; (2) there is no longer a need for home detention; (3) the defendant maintain employment as a condition of release; and (5) the need for the defendant to receive enhanced testing to drugs.

The Court orders:
- The termination of Home Confinement with Electronic Monitoring;
- The defendant drug tested every two weeks to include monitoring at a specific time and location that will not interfere with

> employment schedule;
> - The defendant meet with prosecutors to adjust payment of restitution;
> - The defendant maintain employment and continue to work;
> - The other conditions of bond continue; and,
> - The supervision terminated as previously scheduled on October 14, 2007.

IT IS SO ORDERED.

s/Christopher A. Boyko
Christopher A. Boyko
United States District Judge

July 31, 2007